## PAYNE VS. DANLEY.

*Appeal from the Circuit Court of Ashley county in Chancery.*

S. H. HEMPSTEAD for the appellant.

PIKE & CUMMINS for the appellee.

Mr. Justice SCOTT. The facts of this case are substantially the same as in the case, between the same parties, which came up from the Drew Circuit Court. The same grounds for reversal were insisted upon.

Decree affirmed.

Absent, Hon. THOS. B. HANLY.